HORACE V. HOWLAND *v.* JEREMIAH KROM et al., AMBROSE RAYMOND et al., Claimants, Appellants, ROYAL MACK et al., Claimants, Respondents.

(Submitted March 12, 1886; decided March 26, 1886.)

*J. N. Beckley* and *Henry W. Conklin* for appellants.

*Chester M. Elliott* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.